IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYRONE HINES | ) |
| | ) |
| v. | ) CV. NO. 08-H-8023-S |
| | ) CR. NO. 04-H-136-S |
| UNITED STATES OF AMERICA | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on February 13, 2009, recommending that the motion to vacate be dismissed as untimely. The parties were allowed fifteen (15) days in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion to vacate is due to be DISMISSED as untimely. A Final Judgment will be entered.

**DONE** this the ___18th___ day of March, 2009.

*/s/ James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE